**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

WENDY FLETCHER,

Plaintiff,

- v -

8:22-CV-314
(DJS)

VILLAGE OF LAKE PLACID,

Defendant.

**ORDER DISMISSING ACTION BY REASON OF SETTLEMENT**

The parties to this matter have reached a settlement and are working collectively to finalize settlement documents and obtain necessary municipal approvals. Dkt. Nos. 205 & 207. Upon review of the record, it appears that no infant or incompetent is a party to this action. Accordingly, it is hereby

**ORDERED** that this action is **DISMISSED** in its entirety, without costs, and **without prejudice** pursuant to the procedure as set forth in L.R. 68.1(a). This order is issued without prejudice to the right of the parties to secure reinstatement of the case within sixty (60) days after the date of this order by making a showing that the settlement was not, in fact, consummated; and in the event that no motion is made for reinstatement within sixty (60) days of the date of this order, the dismissal of this case shall thereafter be **with prejudice**. Any application to reopen filed after the expiration of that sixty (60) day period may be summarily denied solely on the basis of untimeliness, unless the time period is extended by the Court prior to its expiration.

The parties were previously directed to file a stipulation of dismissal by September 29, 2026. Dkt. No. 206. Their joint request for an extension of that deadline is granted and said documents shall be filed by October 28, 2026.

**ORDERED** that the Clerk of the Court close this case.

Dated: September 28, 2026
Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge